# Exhibit F
# To Statement of Fact
# In Support of Defendant's Motion
# for Summary Judgment

```
 1           UNITED STATES DISTRICT COURT
 2             DISTRICT OF MASSACHUSETTS
 3   - - - - - - - - - - - - - - - - - - - - - - - - -
 4   RAMON E. VARGAS, RANDY FLAMBO, and
 5   GARRY CIVIL, individually and on behalf of
 6   a class of similarly situated individuals
 7                     Plaintiffs,
 8     v.                        C.A. NO. 4:13-cv-12635
 9   SPIRIT DELIVERY & DISTRIBUTION SERVICES, INC.,
10                     Defendant.
11   - - - - - - - - - - - - - - - - - - - - - - - - -
12
13
14
15          DEPOSITION of FLAMBO CONTRACTING, INC. by
16   RANDY J. FLAMBO, a called by counsel for the Defendant,
17   taken pursuant to the Federal Rules of Civil Procedure
18   before Kristen L. Kelly, Registered Professional
19   Reporter, CSR No. 115893 and Notary Public in and for
20   the Commonwealth of Massachusetts, at the Offices of
21   LITCHFIELD CAVO LLP, 6 Kimball Avenue, Suite 200,
22   Lynnfield, Massachusetts, on Monday, July 7, 2014,
23   commencing at 4:23 p.m.
24
25
```

```
 1   A P P E A R A N C E S:

 2


 3   LICHTEN & LISS-RIORDAN, P.C.

 4     By:   Matthew W. Thomson, Esquire

 5           100 Cambridge Street, 20th Floor

 6           Boston, Massachusetts 02114

 7           617.994-5800

 8           mthomson@llrlaw.com

 9           For the Plaintiffs

10

11

12

13   LITCHFIELD CAVO LLP

14     By:   Robert L. Ciociola, Esquire

15           6 Kimball Lane, Suite 200

16           Lynnfield, Massachusetts 01940-2682

17           781.309.1500

18           ciociola@litchfieldcavo.com

19           For the Defendant

20

21

22

23

24

25
```

1  on the second truck; is that right?
2     A   No.
3     Q   Okay.  Tell me about it.
4     A   When I started with Spirit, I had three trucks
5  to start.
6     Q   Okay.  That's correct.
7     A   Two months in went down to two.
8     Q   Okay.
9     A   And so that brings us to October.  Went down
10 to two and then approximately in February I went down to
11 one.
12    Q   Okay.  And then later you went back up to two
13 with a different crew?
14    A   Well, the --
15    Q   For a week?
16    A   A week.  He came in, so technically I had
17 three trucks then for a week.
18    Q   You went down to one you said in February?
19    A   No, if I can get the ... I had three again
20 just for a week period of time.
21    Q   For a week?
22    A   Yeah.
23    Q   So you went from three to two for awhile, then
24 did you go down to just one or did it always stay two?
25    A   No, I was actually -- it went to three for a

1  week, went back down to two, then I went to one.
2    Q   Went to one when, the last week?
3    A   No, one in March I want to say.
4    Q   Okay.  So when you were injured you were just
5  running one truck?
6    A   Yes.
7    Q   Okay.  Why had you reduced the number of
8  trucks?
9    A   Well, one guy -- one person got sick.
10   Q   Okay.  Abreu got sick.
11   A   Abreu got sick.  Clarence Merriwether I had to
12 terminate.
13   Q   Why?
14   A   He was taking the truck for personal use.
15   Q   Okay.  And that reduced you to one in March?
16   A   Yes.
17   Q   Okay.  Before you got hurt were you planning
18 on -- were you upping with other crews and trucks?
19   A   Yes.
20   Q   But your injury prevented that from happening?
21   A   Yes.
22   Q   All right.  But for the helper on your truck
23 and for the driver and helpers on the other two or three
24 trucks during the relevant timeframes, during those
25 times you considered them to be employees of Civil -- or

Page: 13

```
 1                      CERTIFICATE
 2    Commonwealth of Massachusetts
 3    Suffolk, ss.
 4
 5         I, Kristen L. Kelly, Registered Professional
 6    Reporter, CSR and Notary Public in and for the
 7    Commonwealth of Massachusetts, do hereby certify that
 8    RANDY J. FLAMBO, the witness whose deposition is
 9    hereinbefore set forth, was duly sworn by me and that
10    such deposition is a true record of the testimony given
11    by the witness.
12         I further certify that I am neither related to or
13    employed by any of the parties in or counsel to this
14    action, nor am I financially interested in the outcome
15    of this action.
16         In witness whereof, I have hereunto set my hand and
17    seal this 11th day of July, 2014.
18
19
20
21    _____
22    CSR No. 115893
23
24    My commission expires:
25    February 16, 2016
```